KAREN J. KUBIN (CA SBN 71560)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-mail: KKubin@mofo.com

SAMANTHA P. GOODMAN (CA SBN 197921)
TRITIA M. MURATA (CA SBN 234344)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
E-mail: SGoodman@mofo.com
TMurata@mofo.com

Attorneys for Defendant
BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRYAN BAKER, RITA HIGI, HOLLY STEVENSON and KRISTAL PALKE,<br><br>Plaintiffs,<br><br>v.<br><br>BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.,<br><br>Defendant. | Case No. SA CV 09-0902 DMG (ANx)<br><br>**ORDER DISMISSING ACTION JS-6**<br><br>Ctrm.: 7<br>Judge: Hon. Dolly M. Gee |

The Court having considered the parties' Stipulation of Dismissal of Action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, good cause appearing,

[Proposed] Order Dismissing Action        1

sf-2898817

1     IT IS HEREBY ORDERED that the above-captioned action shall be and is
2 dismissed with prejudice, each party to bear his, her or its own attorneys' fees and
3 costs.

4 Dated: September 28, 2010

                                                       Honorable Dolly M. Gee
5                                                        United States District Judge